**FILED**

2021 MAR 10 AM 10: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>v.<br><br>Christian   James<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>2:21-mj-01055-DUTY –1<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: March 10, 2021          ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes   ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 371;1028A(a)(1);1

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☐ Yes   Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Juan Ferrer                         (please print)

12. Office Phone Number: (562) 243-7695      13. Agency: U.S. Postal Service Office

14. Signature: [signature]                    15. Date: March 10, 2021

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION