FILED
CLERK, U.S. DISTRICT COURT
4/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHRISTIAN JEREMYAH JAMES,<br><br>            Defendant. | No. 2:21-cr-00167-GW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1029(a)(2): Use of Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Acting United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1029(a)(2), 2(a)]

Beginning on or about August 29, 2020, and continuing through on or about September 19, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTIAN JEREMYAH JAMES, and others known and unknown to the Acting United States Attorney, each aiding and abetting the others, knowingly and with intent to defraud, used unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, debit cards in the names of victims J.Y., S.P., D.A., L.W., W.P., S.G., J.H., and J.E., and by such conduct obtained things of value, their value together totaling at least $1,000, during a one-

year period, with said use having an effect on interstate and foreign commerce.

## COUNT TWO

[18 U.S.C. §§ 1028A(a)(1), 2(b)]

On or about September 3, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTIAN JEREMYAH JAMES knowingly transferred, possessed, and used, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification that defendant JAMES knew belonged to another person, namely, the name of J.Y., during and in relation to the offense of Use of Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count One of this Information.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office